TRULINCS 77309066 - TARN, JARRETT MELVIN - Unit: PHL-F-S

---

FROM: 77309066
TO:
SUBJECT: CIVIL COMPLAINT
DATE: 03/06/2023 08:23:00 PM

Jarrett Tarn #77309066
Federal Detention Center Philadelphia
P.O. Box 562
Philadelphia, Pa 19105
3-6-23

I would like to file a civil lawsuit under U.S.C. Subsection 1983 against the following Darby Borough Police Officers because they used excessive force on me during the course of my arrest on March 19, 2019.

1. Officer Joseph Yocum
2. Corporal Joseph O'Donnell
3. Officer Steven Dougherty

    On March 19, 2019 my fourth amendment right was violated by Officer Joseph Yocum who used excessive force on me when he shot me in my back with his taser gun when he didn't have probable cause to arrest me nor did he have reasonable suspicion to stop me because he was looking for a light skinned black male and I am dark skinned. My friend Robert and I were followed by three unmarked cars for an entire block and were eventually surrounded by them. This was at 4pm on a sunny day and it was clear to see that I wasn't the light skinned black male that they were looking for. My friend Robert is light skinned but they didn't say anything to him, he was able to walk away freely. Officer Yocum got out of his unmarked car and said "hey you come here" Robert and I both stopped walking and I responded "who me?" Officer Yocum then let me know that it was me who he was talking to and I as was standing there on the sidewalk I noticed Officer Yocum place his hand on his firearm, and that is when I got scared and took off running. While I was running Officer Yocum shot me in my back with his taser gun for no reason because he never saw me do anything wrong, nor was I threatening him nor anybody else as I was running away from him.

    Corporal Joseph O'Donnell hit me in the back of my head with his loaded service weapon while my back was to him and my hands were straight up in the air. Corporal O'Donnell's firearm discharged when it made contact with the back of my head and I could've easily been killed. My affidavit of probable cause says that I turned towards Corporal O'Donnell and reached in my waistband (as if I was reaching for a gun) and that is when Corporal O'Donnell allegedly hit me in my face with his gun, then after that Corporal O'Donnell's gun allegedly hit a nearby wall causing his firearm to discharge. I got Jennifer E. Owen my court appointed forensic video expert to look at the video of Corporal O'Donnell hitting me with his gun and it is clear to see that my back was to him and my hands were straight up in the air. It has been four years now since this has happened to me and it is like he has gotten away with pistol whipping me. I wrote the Delaware County Da and the Attorney General of Pa but because I'm poor and black and I am stating a claim against white male police officers nobody is willing to help me. There was no investigation conducted as to why or how Corporal O'Donnell's gun discharged because if there was it is clear to see that he was in the wrong, but because I'm black and less fortunate it's like what happened has been swept under the rug in order to keep Corporal O'Donnell out of trouble.

    Officer Steven Dougherty put his boot on my face along with all his body weight after Corporal O'Donnell pistol whipped me, handcuffed me, and placed me facedown on the ground in the prone position. This was after a five block long foot chase therefore, I was already out of breath. Officer Dougherty is over 200 pounds and with him pressing my face into the ground "I COULDN'T BREATHE!!!" a year before George Floyd was killed. The only reason I survived is because Corporal O'Donnell's gun just went of seconds earlier and because of that I was able to trick Officer Dougherty into picking me up off the ground by yelling out "I'M HIT I'M HIT!!!" because I knew that he would have to check me for a gunshot wound because Corporal O'Donnell's gun just went off. By the grace of GOD he took his boot off of my face and picked me up off the ground or George Floyd would've been killed a year earlier. Camtasia version 8.6 which is computer software with editing capabilities that is capable of trimming videos in length was used on the original surveillance video footage by the Darby Borough Police and now the original videos don't exist anymore. In the video you can see Officer Dougherty's boot go above my head and after that the screen glitches and his boot comes back down to the ground. If an expert were to look at the video which was never authenticated it will be clear to see that the video was altered.

    I am suffering from depression, anxiety, memory loss, PTSD, and I have trouble sleeping because of what the Darby Borough Police did to me. I was never taken to the hospital after Corporal O'Donnell hit me with his gun in the back of my head. My skull could be fractured and I wouldn't have a clue. I am asking for $10,000,000 in damages because of what the Darby Borough Police did to me. Three different Darby Borough Policemen lied under oath testifying that they saw me either pull out

TRULINCS 77309066 - TARN, JARRETT MELVIN - Unit: PHL-F-S

----

and/or running with a gun in my hand. I was on camera running through the parking lot on the 800 block of Main Street but because I didn't have a gun in my hand in the video it wasn't turned into evidence because it would've been proof that I was never seen with a gun by anybody on March 19, 2019 and therefore there was never probable cause to arrest me. I was never taken to court to challenge my affidavit of probable cause before my case was picked up by the ATF because the affidavit lacked probable cause. It was unreasonable for the Darby Borough Police to even stop me in the first place because I'm dark skinned, the Darby Borough Police were looking for a light skinned black male that punched a little girl in the face and pulled a gun out on her. When the Darby Borough Police arrived on the scene of the crime they received a photo of the person they were looking for. It makes no sense that after being followed for an entire block and then eventually surrounded by three unmarked police cars that I was confused for a light skinned black male. My case is a fourth amendment violation in itself but because I'm poor and African American it is okay to lie on me just to enslave me. I hope and pray that somebody will read this and decide to help me. The truth will set me free, and that is why the truth is being suppressed in my case.

    I am not a lawyer so I ask that the Court please liberally construe this complaint. Please excuse me for talking too much, I almost lost my life on the day I was arrested and for four years now I've been seeking justice.

Respectfully,

Jarrett Tarn



RECEIVED APR 13 2023 BY:___

Jarrett Tarn #77304906
Federal Detention Center Philadelphia
P.O. Box 562
Philadelphia, PA 19105

FEDERAL DETENTION CENTER
PHILADELPHIA
P.O. BOX 19105
PHILADELPHIA, PA 19105
DATE: MAR 07 2023

THE ENCLOSED LETTER WAS PROCESSED THROUGH SPECIAL MAILING PROCEDURES FOR FORWARDING TO YOU. THE LETTER HAS BEEN NEITHER OPENED NOR INSPECTED. IF THE WRITER RAISES A QUESTION OR PROBLEM OVER WHICH THIS FACILITY HAS JURISDICTION, YOU MAY WISH TO RETURN THE MATERIAL FOR FURTHER INFORMATION OR CLARIFICATION. IF THE WRITER ENCLOSES CORRESPONDENCE FOR FORWARDING TO ANOTHER ADDRESSEE, PLEASE RETURN THE ENCLOSURE TO THE ABOVE ADDRESS.

Clerk of Courts
601 Market Street
Philadelphia, PA 19106

* LEGAL MAIL *

ER601  191064122-1N  04/10/23

*LEGAL MAIL*