IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JARRETT MELVIN TARN,** | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civ. No. 23-1455 |
| | : | |
| **OFFICER JOSEPH YOCUM,** *et al.*, | : | |
| Defendants. | : | |
| | : | |

## ORDER

**AND NOW**, this 21st day of September, 2023, in light of *pro se* Plaintiff Jarrett Melvin Tarn's failure to file an Amended Complaint in accordance with this Court's August 21, 2023 Order (Doc. No. 8), it is hereby **ORDERED** that:

1. Tarn's case is **DISMISSED with prejudice** for failure to state a claim pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

2. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

**AND IT IS SO ORDERED.**

*/s/ Paul S. Diamond*
_____
Paul S. Diamond, J.

1